WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard A. Rothman, Esq.
Lori R. Fife, Esq.
David R. Fertig, Esq.
Robert J. Lemons, Esq.

*Attorneys for Debtor and Plaintiff LBSF*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br><br>                                        Debtor. | Chapter 11 Case<br>No. 08-13555 (JMP)<br><br>(Jointly Administered) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>                                        Plaintiff,<br><br>    v.<br><br>METROPOLITAN WEST ASSET MANAGEMENT, LLC, and METROPOLITAN WEST TOTAL RETURN BOND FUND,<br><br>                                        Defendants. | Adv. Proc. No. 09-01165-jmp |

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that the Pre-Trial Conference in the above-captioned adversary proceeding, which was scheduled for October 14, 2009, at 2:00 P.M., **has been adjourned to November 18, 2009 at 2:00 P.M.**, or as soon thereafter as counsel may be heard.  The Pre-Trial Conference will be held before the Honorable

James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Pre-Trial Conference may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: October 12, 2009
      New York, New York

                                 /s/ Robert J. Lemons
                                 Richard A. Rothman, Esq. (RR 0507)
                                 Lori R. Fife (LF 2839)
                                 David R. Fertig, Esq. (DF 5068)
                                 Robert J. Lemons, Esq. (RL 0404)
                                 WEIL, GOTSHAL & MANGES LLP
                                 767 Fifth Avenue
                                 New York, New York 10153
                                 Telephone: (212) 310-8000
                                 Facsimile: (212) 310-8007

                                 *Attorneys for Debtor and Plaintiff LBSF*